titioner to defer consideration of the petition for certiorari denied. Certiorari denied.

No. 89–5211.   MARTIN v. SUPREME COURT OF PENNSYLVANIA ET AL.   C. A. 3d Cir.   Motion of petitioner to defer consideration of the petition for certiorari denied.   Certiorari denied.   ▮

No. 88–7438.   CARABALLO-SANDOVAL v. UNITED STATES; and
No. 88–7480.   CARABALLO-LUJAN v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.▮   Reported below: 866 F. 2d 1343.

No. 89–82.   RAYNER v. SMIRL ET AL.   C. A. 4th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.*

No. 88–7466.   SPEARMAN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Motion of petitioner for costs denied.   Certiorari denied.

No. 88–7467.   SPEARMAN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Motion of petitioner for costs denied.   Certiorari denied.

No. 88–7495.   POTTS v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

JUSTICE MARSHALL, with whom JUSTICE BRENNAN joins, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976) (MARSHALL, J., dissenting), I would grant the petition for certiorari and vacate the death sentence in this case.   Even if I did not take this view, I would grant the petition to consider whether a defendant may be prevented from questioning prospective jurors regarding their ability to adhere to a state sentencing law that precludes jurors from considering the likelihood of parole in their decision whether to impose life imprisonment or death.